UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No.: 06 CV 1322
LARRY STRYKER,
                        Plaintiff,        **JUDGE CHIN**

    - against -                    **NOTICE OF MOTION**

ALEX STELMAK, et al.,

                      Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Defendants ALEX STELMAK and STAN MASHOV, by their attorneys Jonathan David Bachach, P.C., will move this Court before the Hon. Denny Chin, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, on a date and time as determined by the Court, for an Order dismissing Plaintiff's Complaint and granting Defendants such other, further and different relief as to this Honorable Court may seem just.

       **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served pursuant to Local Civil Rule 6.1.

Dated: New York, New York
       May 16, 2006.

                                                JONATHAN DAVID BACHRACH, P.C.

                               By:  _____
                                       Jonathan David Bachrach (JDB 0874)
                                       44 Wall Street, 14th Floor
                                       New York, NY 10005
                                       212-977-2400

                                       Attorneys for Defendants