```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS              ALBANY, NY 12231-0001

                              FILING RECEIPT
==============================================================================
ENTITY NAME: OXFORD HOLDINGS N.Y., LTD.


DOCUMENT TYPE: DISSOLUTION (DOMESTIC)                       COUNTY: NEWY

SERVICE COMPANY: ** NO SERVICE COMPANY **                   SERVICE CODE: 00

==============================================================================
FILED:11/17/1998 DURATION:*********  CASH#:981117000627 FILM #:981117000598

ADDRESS FOR PROCESS
-------------------




REGISTERED AGENT
----------------
```

```
==============================================================================
    FILER                         FEES          60.00 PAYMENTS     60.00
    -----                         ----                 --------
                                  FILING :      60.00 CASH    :     0.00
    ALEXANDER STELMAK             TAX    :       0.00 CHECK   :    60.00
    40 EXCHANGE PL 4 FL           CERT   :       0.00 BILLED  :     0.00
                                  COPIES :       0.00
    NEW YORK, NY 10005-2701       HANDLING:      0.00
                                                      REFUND  :     0.00

==============================================================================
                                                        DOS-1025 (11/89)
```

## Certificate of Dissolution of
OXFORD HOLDINGS N.Y., LTD.
under Section 1003 of the Business Corporation Law

IT IS HEREBY CERTIFIED THAT:

(1) The name of the corporation is OXFORD HOLDINGS N.Y., LTD.

(2) The certificate of incorporation was filed by the department of state on the 27th day of June, 1996 and amended by the department of state on the 5th day of May, 1997.

(3) The name, title and address of each of its officers and directors are:

| Name | Title | Street and Number |
|---|---|---|
| Alexander Stelmak | President | 249 Washington Street<br>Jersey City, NJ 07302 |

(4) The corporation elects to dissolve.

(5) The dissolution was authorized at a meeting of shareholders by vote of the holders of two-thirds of all the outstanding shares entitled to vote.

IN WITNESS WHEREOF, this certificate has been subscribed this 30th day of September, 1998, by the undersigned who affirm that the statements made herein are true under the penalties of perjury.

| Type name | Capacity in which to sign | Signature |
|---|---|---|
| Alexander Stelmak | President/Secretary | COPY |