**FX3000**

---

**From:** Greg Michalowski [gmichalowski@fxdirectdealer.com]
**Sent:** Monday, October 21, 2002 7:34 PM
**To:** Stan Mashov
**Cc:** Ted Muller
**Subject:** Larry Stryker

-----Original Message-----
From: Larry Stryker [mailto:ls717@hotmail.com]
Sent: Monday, October 21, 2002 4:05 PM
To: procter@spring-obrien.com
Subject: FxDirectDealer

Dear Mr. Lippencott,
October 21, 2002

I am an old friend and business partner of Mr. Alex Stelmak Chairman and Chief Executive Officer of Advanced Technologies Group, Ltd. and Mr. Stan Mashov Chief Technology Officer of FXDirectDealer.

In 1997 I was one of the founder and major shareholder of Oxford Global Network, Ltd., the company which later became Advanced Technologies Group, Ltd. Also I was Vice President of Oxford Holding, NY Ltd. In time of creation of Oxford Global Network, Ltd. I received 25% of the company. During next several years I have contacted Mr. Stelmak and Mr.Mashov. In March 2000 Mr.Stelmak send me a letter asking to leave me alone. Mr.Mashov continued talking to me, but said that nothing going on with the Oxford.

Several month ago I found out that Company I created doing better than they told me, I contacted offices of SEC and Attorney General in New York. From documents I received I learned that I'm no longer on a list of shareholders,

but substantial amount of shares own Alex Stelmak's son and his friend Furmanov.

Last week I send letters to Mr.Stelmak and Mr.Mashov and today I received a phone call from their attorney Mr.Palazzolo. Mr. Palazzolo said, that he spoke to Mr.Stelmak and told me, that in order to receive my shares I had to

work for the company, obligation I never fulfilled. I never heard anything that I had to work for a company. Moreover I wanted to do it, but every time

I called them they said that nothing going on a and I have to wait. I'm not sure if there is a law, that officers could annul shareholders equity, if shareholder does not work for a company, but even if there is one I can prove that they tried to get rid of me.

I'm going to file complaint with Attorney General Office. Also I'm going to send copy of this letter to Tradition in Switzerland an major shareholders of Advanced Technology Group, Ltd.

Also, I will send you information I received from Attorney General Office with my name as a principal shareholder of the Oxford Global Network, Ltd.

If you have any questions you can contact me at 212 717-4604(h) or 212 820-6286(b).

1