This memorandum of law is submitted in support of the motion of plaintiff Alex Stelmak  for an